IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:11CR00029-01-BRW

FRED NEAL, JR.

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance (Doc. No 75). After a review of the Motion, and there being no objections, the Court finds that the Motion should be, GRANTED. The trial is removed from the current trial docket of Tuesday, May 14, 2013, and is rescheduled to begin **Tuesday, June 18, 2013, at 8:30 a.m, in Courtroom #A401.**

Any delay in commencing the trial of this case occasioned by the continuance ordered herein shall be excludable under the provisions of the Speedy Trial Act, as provided by Title 18, United States Code, Section 3161(h)(7)(A).

Pursuant to Amended General Order No. 54, counsel for defendant, J. Blake Hendrix , is authorized to bring electronic device(s) to the courthouse for this proceeding.

Defendant's motion for Psychiatric Exam (Doc. No. 76) is DENIED.

IT IS SO ORDERED this 26th day of April, 2013.

                                        /s/Billy Roy Wilson
                                UNITED STATES DISTRICT JUDGE